IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| **VS.** | : |
| | :   16-CR-259-JKB |
| **JORGE GUERRA CASTILLO** | : |
| | : |

NOTICE OF CHANGE OF ADDRESS

Counsel provides notice of her change of addresses – postal and email.

Respectfully submitted,

*/s/ Jenifer Wicks*

_____
JENIFER WICKS

Blind Justice Legal Services
7000 Carroll Avenue Suite 200
Takoma Park, MD 20912
jenifer@blindjusticedc.org
Office (240) 468-4892
Facsimile (202) 478-0867

Counsel Appointed by the Court for Jorge Guerra-Castillo

## CERTIFICATE OF SERVICE

I hereby certify that on this 17$^h$ day of March, 2020 that a copy of the foregoing has been served by the electronic filing system on Elizabeth Trosman, Esq., Chief, Appellate Division, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C., 20530, and mailed to Abdul Kargbo at the last address counsel had for him.

/s/ Jenifer Wicks

_____
JENIFER WICKS