# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

      \*

    **vs.**                                         **Case No. 1:16-cr-00259-JKB-6**

      \*

**Jorge Raul Guerra Castillo**

      \*

    \*\*\*\*\*\*

## ORDER

Reference is made to this Court's March 27, 2020 order (ECF No. 902) in response to Defendant's Emergency Motion Regarding Provision of Medical Update (ECF No. 901) in response to information that: (1) Defendant had been exposed to COVID-19 by virtue of his cellmate testing positive for the virus; and (2) no information regarding his health status or future medical management (in the event he tests positive) was made available to his family or counsel. In its order, the Court asked that the U.S. Marshals Service provide a health status update to Defendant's counsel as soon as possible, to include a description of next steps should he test positive, consistent with security concerns at the facility. *Id.* at 2.

Today, Defendant files another Emergency Motion Regarding Provision of Medical Update indicating that the update to counsel requested by this Court's March 27, 2020 order has not yet taken place despite significant efforts by Defense Counsel, and requesting that the Court order a telephone conference to include facility, medical and U.S. Marshals Service personnel to provide this update.

The Court is reluctant to order such a call at a time of its choosing that would inevitably divert resources away from the COVID-19 health emergency and also necessarily involve courthouse personnel to arrange. Further, there are many demands placed on the personnel needed for such a call, and it may well be that that definitive information such as testing results are not yet available for a meaningful update to occur. Instead, therefore, the Court will order that the update described in its March 27, 2020 Order be given to Defense Counsel no later than 5 pm on April 3, 2020. To the extent medical information is still pending at that time, that can be communicated to Defense Counsel, but it is not a reason to further delay some update.

| | |
|---|---|
| 3/31/2020 | /s/ |
| Date | J. Mark Coulson |
| | United States Magistrate Judge |